DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAUL REYNOSO,**
Appellant,

v.

**CITY OF BOCA RATON,**
Appellee.

No. 4D18-2427

[April 24, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley, Jr., Judge; L.T. Case No. 50-2016-CA-000250-XXXX-MB.

Richard A. Sicking and Mark A. Touby of Touby, Chait & Sicking, P.L., Coral Gables, for appellant.

Laura K. Wendell, Daniel L. Abbott and Richard B. Rosengarten of Weiss Serota Helfman Cole & Bierman, P.L., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Baker v. Airguide Mfg., LLC,* 151 So. 3d 38 (Fla. 3d DCA 2014).

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***